UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880- RETAIL FOOD EMPLOYERS PENSION FUND, et al., | ) ) ) ) ) | CASE NO. 1:08 CV 735 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | |
| FOREST HILLS SUPERMARKET, INC., dba Forest Hills Family Foods, | ) ) ) ) | **JUDGMENT ENTRY** |
| DEFENDANTS. | ) ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, damages are awarded in plaintiffs' favor and against defendant in the amount of $117,836.73, plus postjudgment interest at the rate of 0.41 from the date of this judgment until the date of payment. Case closed.

**IT IS SO ORDERED**.

Dated: December 31, 2009

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**